UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 16-5023 AG  (JCG) | Date | December 2, 2016 |
|---|---|---|---|
| Title | *Darren Lamont Frank Long, Jr. v. California State Prison Officials, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendants:

None Appearing                                   None Appearing

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

On July 8, 2016, plaintiff Darren Lamont Frank Long, Jr. ("Plaintiff"), a California prisoner proceeding *pro se*, lodged a civil rights complaint ("Complaint") pursuant to 42 U.S.C. § 1983. [Dkt. No. 1.] On September 8, 2016, the Court screened the Complaint, and found it wanting in several respects. [*See* Dkt. No. 6.] Accordingly, the Court dismissed the Complaint but granted Plaintiff leave to amend within thirty days. [*Id.* at 3.] As of today's date, Plaintiff has yet to file a First Amended Complaint.

Accordingly, within **fourteen (14) days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. If Plaintiff files his First Amended Complaint within **fourteen (14) days** of the date of this Order, he need not separately respond to this Order to Show Cause.

The Clerk of Court is **DIRECTED TO** mail Plaintiff the Order Dismissing the Complaint With Leave to Amend, which has attached to it the court-approved form to use for filing the First Amended Complaint. [Dkt. No. 6.]

**Plaintiff is expressly warned that his failure to timely file a response will be deemed by the Court as consent to the dismissal of this action without prejudice.**

//

//

//

//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 16-5023 AG (JCG) | Date | December 2, 2016 |
|---|---|---|---|
| Title | *Darren Lamont Frank Long, Jr. v. California State Prison Officials, et al.* | | |

**IT IS SO ORDERED.**

cc: Parties of Record

                                                                                                 00 : 00

Initials of Clerk       kh