**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN LAMONT FRANK LONG, JR., | Case No. LA CV 16-5023 AG (JCG) |
| Plaintiff, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| CALIFORNIA STATE PRISON OFFICIALS, *et al.*, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

//

//

//

Accordingly, IT IS ORDERED THAT:

1.      The Report and Recommendation is approved and accepted.

2.      Judgment be entered dismissing this action without prejudice.

3.      The Clerk serve copies of this Order and the Judgment on the parties.


DATED:  March 26, 2017                    _____

                                                        HON. ANDREW J. GUILFORD
                                                        UNITED STATES DISTRICT JUDGE



Presented by:



_____
        Hon. Jay C. Gandhi
United States Magistrate Judge