# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN LAMONG FRANK LONG, JR., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA STATE PRISON OFFICIALS, *et al.*, <br><br> Defendants. | Case No. LA CV 16-5023 AG (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 26, 2017

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE